**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Leonard A. McGee and Kenneth A. White, | Case No. 1:21-cv-03024 |
| Plaintiffs, | |
| v. | |
| Fifth Third Bank, | |
| Defendant. | |

**FIFTH THIRD BANK, NATIONAL ASSOCIATION'S
<u>NOTICE OF REMOVAL</u>**

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Fifth Third Bank, National Association ("<u>Fifth Third</u>"), hereby files this Notice of Removal (the "<u>Notice</u>") of the action filed in the Circuit Court of Cook County, State of Illinois, case number 2021-L-004998, styled as *Leonard A. McGee and Kenneth A. White v. Fifth Third Bank* (the "<u>State Court Action</u>").

1. The State Court Action was filed in the Circuit Court of Cook County on May 14, 2021. Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint in the State Court Action (the "<u>Complaint</u>"), including all exhibits attached thereto (but with certain loan numbers redacted) is attached hereto as "**Exhibit A**." The Complaint is the only "process, pleadings, and orders" filed in the State Court Action as of May 25, 2021.

2. In the Complaint, Plaintiffs purport to state claims for "defamation," "negligent failure to correct inaccurate information in a timely manner," violations of the Fair Credit Reporting Act, breach of contract, and "discrimination." *See* Complaint.

**I.  This Notice is Timely.**

3. Removal of this action is timely under 28 U.S.C. § 1446(b), which provides that "[t]he notice of removal of a civil action or proceeding shall be filed within thirty days after the

receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based[.]" In this case, the Complaint was not filed until May 14, 2021, and Fifth Third has not been served, so this Notice is timely.

II. **The Northern District of Illinois is the proper venue.**

4. Venue in this District is proper under 28 U.S.C. § 1441(a) because the Circuit Court of Cook County, Illinois (where the State Court Action was filed) is within the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division.

5. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice is being filed with the clerk of the Circuit Court for Cook County and will be served upon Plaintiffs contemporaneously with this filing. A copy of the Notice of Filing of Notice of Removal is attached hereto as "**Exhibit B**."

III. **Jurisdiction Exists.**

6. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiffs have brought a claim under the Fair Credit Reporting Act 15 U.S.C. § 1681, *et seq*. To the extent Plaintiffs assert other claims, this Court has subject matter jurisdiction over the same pursuant to 28 U.S. Code § 1367, because any other claims are "so related" to Plaintiffs' claims under the FCRA, as all claims relate to the same set of facts.

7. Pursuant to 28 U.S.C. § 1446(b)(2)(A), "[w]hen a civil action is removed solely under section 1441(a), all defendants who have been properly joined and served must join in or consent to the removal of the action." Although the Complaint identified John and Jane Does 1-10 and Jennifer Murphy as defendants, they are not proper defendants as no claims are asserted

against said parties. Moreover, there is no evidence in the record to demonstrate that *any* party has been served, and accordingly, no further consent is required. *See* 28 U.S.C. § 1446(b)(2)(A).

WHEREFORE, Defendant Fifth Third Bank, National Association hereby gives notice that the State Court Action has been removed to this Court.

Dated: Friday, June 4, 2021  Respectfully submitted,

**DINSMORE & SHOHL LLP**

/s/ Alexander Wright
Alexander N. Wright, Atty. No. 6314304
222 W. Adams Street, Suite 3400
Chicago, IL 60606
Tel: (312) 837-4322
Fax: (312) 372-6085
E-mail: Alexander.Wright@dinsmore.com

***Attorneys for Fifth Third Bank, National Association***

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2021, I caused a true and correct copy of the forgoing Notice of Removal, with all attachments, to be served by first-class mail, postage prepaid to:

Leonard A. McGee  
8956 S. Bishop St.  
Chicago, IL 60620

Kenneth A. White  
36473-060 FCI McKean  
P.O. Box 8000  
Bradford, PA 16701

/s/ Alexander Wright